# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, ) ) ) | |
| Plaintiff, ) ) | Case No. 2:11-cv-00598-JCM-GWF |
| vs. ) ) | **ORDER** |
| FIESTA PALM LLC, dba PALMS CASINO RESORT and ENRIQUE RODRIGUEZ, ) ) ) | Motion to Amend Answer (#38) |
| Defendants. ) ) | |

This matter comes before the Court on Defendant Fiesta Palms' Motion to Amend Answer (#38), filed on May 7, 2012; Fiesta Palms' Errata to Exhibit "A" (#39), filed on May 14, 2012; Plaintiff's Opposition to Renewed Motion to Amend Answer (#40), filed on May 24, 2012; and Defendant's Reply (#43), filed on June 4, 2012. On April 27, 2012, the Court granted in part and denied in part Fiesta Palms' Motion to Amend Answer (#30). The Court granted Fiesta Palms leave to amend its answer to add a counterclaim for bad faith, but denied Palms' proposed answer on the basis that it contained improper factual allegations under Fed. R. Evid. 408. (*See* #37.) The Court instructed Palms to amend its answer in accordance with its order and file a renewed motion to amend.

On May 7, 2012, Defendant filed their renewed Motion to Amend (#38). Upon review of the proposed Amended Answer (#39-1), the Court finds Palms has complied with the Court's prior Order (#37) and removed the improper factual allegations. Defendant's proposed answer (#39-1) however is not signed or dated. Defendants must submit a signed and dated copy of their amended complaint for filing. Accordingly,

1  **IT IS HEREBY ORDERED** that Defendant Fiesta Palms' Motion to Amend Answer
2  (#38) is **granted**. Defendants shall have until **June 18, 2012** to submit a signed and dated copy of
3  their amended answer for filing.
4  DATED this 11th of June, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge