J. RANDALL JONES, ESQ.
Nevada Bar No. 001927
JENNIFER C. DORSEY, ESQ.
Nevada Bar No. 006456
KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
E-mail: kjc@kempjones.com
Attorneys for Defendant
FCH1, LLC, f/k/a Fiesta Palms, LLC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, <br><br> Plaintiff, <br><br> v. <br><br> FCH1, LLC, formerly known as Fiesta Palms, LLC, a Nevada limited liability company; and ENRIQUE RODRIGUEZ, an individual, <br><br> Defendants. | Case No. 2:11-cv-00598-JCM-GWF <br><br> **SUBSTITUTION OF ATTORNEY** |
| FCH1, LLC, formerly known as Fiesta Palms, LLC, a Nevada limited liability company, <br><br> Counter-Claimant, <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, <br><br> Counter-Defendant. | |

Defendant FCH1, LLC, formerly known as Fiesta Palms LLC, hereby substitutes J. Randall Jones, Esq. of Kemp, Jones & Coulthard, LLP, (Address): 3800 Howard Hughes Parkway, Seventeenth Floor, Las Vegas, Nevada 89169, (Telephone): 702-385-6000, as attorney of record in

. . .

```
 1 | place and stead of: Walter R. Cannon, Esq. of Olson, Cannon, Gormley & Desruisseaux.
 2 |                                         FCH1, LLC
 3 |
 4 | DATED: June 27, 2012           _____
 5 |                                         Elizabeth S. Nelson
   |                                         Its: Authorized Representative
 6 |
 7 | I consent to the above substitution.
 8 |                                         OLSON, CANNON, GORMLEY & DESRUISSEAUX
 9 |
10 | DATED: 6-27-12                 _____
11 |                                         Walter R. Cannon, Esq.
12 | I am duly admitted to practice in this District.
13 | Above substitution accepted.
14 |                                         KEMP, JONES & COULTHARD, LLP
15 |
16 | DATED: 6-26-12                 _____
17 |                                         J. Randall Jones, Esq.
18 | Please check one: __X__ RETAINED, or _____ APPOINTED BY THE COURT
19 |                                         APPROVED:
20 |
21 | DATED: June 28, 2012           _____
22 |                                         GEORGE FOLEY, JR.
23 |                                         United States Magistrate Judge
```

KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kjc@kempjones.com

Page 2 of 3