# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>    Plaintiff,<br><br>vs.<br><br>FIESTA PALM LLC, dba PALMS CASINO RESORT and ENRIQUE RODRIGUEZ,<br><br>    Defendants. | Case No.  2:11-cv-00598-JCM-GWF<br><br>**ORDER**<br><br>Joint Motion to Stay Action (#49) |

  This matter comes before the Court on Plaintiff National Union Fire Insurance Co. and Defendant FCH1's Joint Motion to Stay Action Pending Conclusion of Nevada Supreme Court Appeal (#49), filed on August 23, 2012.  On August 24, 2012, the Court set this matter for hearing on September 13, 2012 and ordered any oppositions to be filed no later than August 31, 2012.  *See* Minute Order (#50).  No opposition was filed, and on September 5, 2012, Defendant FCH1 filed a Request for Disposition of the Motion (#51).  Local Rule 7-2(d) states that "failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion."  Defendant Rodriquez failed to file a response.  Further, the Court finds good cause to stay this action pending conclusion of the Nevada Supreme Court appeal.  Accordingly,

  **IT IS HEREBY ORDERED** that Plaintiff National Union Fire Insurance Co and Defendant FCH1's Joint Motion to Stay Action Pending Conclusion of Nevada Supreme Court Appeal (#49) is **granted**.

. . .

**IT IS FURTHER ORDERED** that Defendant's Request for Disposition (#51) is **granted**.

**IT IS FURTHER ORDERED** that the motion hearing set for September 13, 2012 at 9:30 a.m. is **vacated**.

DATED this 6th day of September, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge