# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA,

              Plaintiff,

vs.

FIESTA PALM LLC, dba PALMS CASINO
RESORT and ENRIQUE RODRIGUEZ,

              Defendants.

Case No.  2:11-cv-00598-JCM-GWF

**ORDER**

Motion to Extend Stay (#55); Motion
for Disposition (#59)

      This matter comes before the Court on Defendant Fiesta Palm's ("Palms") Motion to Extend Stay (#55), filed on March 13, 2013.  The District Judge consolidated this case with the matter *FP Holdings, L.C. d/b/a Palms Casino Resort v. Zurich American Insurance Company*, case no. 2:12-cv-01823-JCM-NJK ("Consolidated Case") on April 5, 2013. *See Order, Doc. #60*. This Court previously stayed the instant case pending conclusion of the underlying Nevada Supreme Court Appeal. *See September 7, 2012 Order, Doc. #52.* Palms now seeks to extend that stay to the Consolidated Case.  Plaintiff National Union joined the Motion (#55) on March 22, 2013. *See Response, Doc. #57* at 2:1-2.  No opposition to the Motion has been filed, and the time to oppose it has now expired.  Accordingly,

      **IT IS HEREBY ORDERED** that Defendant Fiesta Palm LLC's Motion to Extend Stay Pending Conclusion of Nevada Supreme Court Appeal (#55) is **granted**.

...

...

...

1        **IT IS FURTHER ORDERED** that Defendant Fiesta Palm LLC's Motion for Disposition

2    re Motion (#59) is **denied** as moot.

3        DATED this 5th day of April, 2013.

4

5                                    _George Foley Jr._____

6                                    GEORGE FOLEY, JR.
                                     United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28