# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

NATIONAL UNION FIRE INSURANCE  )
COMPANY OF PITTSBURGH, PA,     )
                               )
       Plaintiff,            )   Case No.  2:11-cv-00598-JCM-GWF
                               )
vs.                            )   **ORDER**
                               )
FIESTA PALM LLC, dba PALMS CASINO )
RESORT and ENRIQUE RODRIGUEZ,  )
                               )
       Defendants.           )
_____)

       This matter is before the Court on Order (#61) entered on September 6, 2012, granting a stay of the proceedings pending the conclusion of Nevada Supreme Court Appeal #59630 ("the Palms appeal").

       **IT IS ORDERED** counsel for the parties shall file a status report  by **March 10, 2014** advising the Court of the status of the Palms appeal.

       DATED this 26th day of February, 2014.

                                              _____
                                              GEORGE FOLEY, JR.
                                              United States Magistrate Judge