Howard J. Russell, Esq.
Nevada Bar No. 8879
hrussell@wwhgd.com
Rosemary Missisian, Esq.
Nevada Bar No. 8575
rmissisian@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
    GUNN & DIAL, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, Nevada  89118
Telephone:      (702) 938-3838
Facsimile:      (702) 938-3864

*Attorneys for Plaintiff*
*National Union Fire Insurance*
*Company of Pittsburgh, Pa.*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, | Civil Action No. 2:11-cv-00598-JCM-GWF |
| Plaintiff, | Consolidated with: |
| v. | Civil Action No. 2:12-cv-01823-JCM-NJK |
| FIESTA PALM LLC dba PALMS CASINO RESORT, a Nevada Limited Liability Company, and ENRIQUE RODRIGUEZ, an individual, | |
| Defendants. | **STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF'S CLAIMS** |
| FCH1 LLC, formerly known as Fiesta Palms LLC, a Nevada Limited Liability Company, | |
| Counter-Claimant, | |
| v. | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, | |
| Counter-Defendant. | |

Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, Nevada  89118
(702) 938-3838

The parties hereto, by and through their undersigned counsel, hereby stipulate that National Union Fire Insurance Company of Pittsburgh, Pa.'s ("National Union") claims for relief are hereby dismissed, pursuant to FRCP 41.  Defendant Enrique Rodriguez, as he has asserted no claims in this matter, is hereby dismissed as a party.  The claims of FCH1 LLC (now known as FP Holdings, L.P. d/b/a Palms Casino Resort) ("Palms") shall remain against both National Union and Zurich American Insurance Company ("Zurich").  The caption will be amended to reflect these changes.

| | |
|---|---|
| Dated: April 13, 2015.<br><br>/s/ Howard J. Russell<br>Howard J. Russell, Esq.<br>Rosemary Missisian, Esq.<br>WEINBERG, WHEELER, HUDGINS<br>    GUNN & DIAL, LLC<br>6385 S. Rainbow Blvd., Suite 400<br>Las Vegas, Nevada  89118<br><br>*Attorneys for National Union Fire*<br>*Insurance Company of Pittsburgh, Pa.* | Dated: April 13, 2015.<br><br>/s/ Ramiro Morales<br>Ramiro Morales, Esq.<br>MORALES FIERRO & REEVES<br>600 S. Tonopah Drive, Suite 300<br>Las Vegas, Nevada  89106<br><br>*Attorneys for Zurich American Insurance*<br>*Company* |
| Dated: April 13, 2015..<br><br>/s/ J. Randall Jones<br>J. Randall Jones, Esq.<br>KEMP, JONES & COULTHARD, LLP<br>3800 Howard Hughes Pkwy., 17th Floor<br>Las Vegas, NV  89169<br><br>*Attorneys for FCH1 LLC (now known as FP*<br>*Holdings, L.P. d/b/a Palms Casino Resort)* | |

///

///

///

///

///

Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, Nevada  89118
(702) 938-3838

**ORDER**

Pursuant to the Stipulation of the parties hereto, National Union Fire Insurance Company of Pittsburgh, Pa.'s claims for relief are hereby dismissed, pursuant to FRCP 41.  Defendant Enrique Rodriguez is hereby dismissed as a party, the Palms' claims against both National Union and Zurich remain, and the caption of the matter will be amended to read:

FP HOLDINGS, L.P. d/b/a PALMS CASINO RESORT, a Nevada limited partnership,

Counter-Claimant,

v.

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,

Counter-Defendant.

FP HOLDINGS, L.P., d/b/a PALMS CASINO RESORT, a Nevada limited partnership,

Plaintiff,

v.

ZURICH AMERICAN INSURANCE COMPANY, a New York corporation; DOES I-X and ROE CORPORATIONS I-X, inclusive,

Defendants.

**IT IS SO ORDERED.**

Dated April 16, 2015.

_____

**Hon. James C. Mahan**
**United States District Court Judge**

Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
(702) 938-3838