1 J. RANDALL JONES, ESQ.
Nevada Bar No. 1927
2 MONA KAVEH, ESQ.
Nevada Bar No. 11825
3 KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Parkway
4 Seventeenth Floor
Las Vegas, Nevada 89169
5 E-mail: kjc@kempjones.com
*Attorneys for FP Holdings, L.P. d/b/a Palms*
6 *Casino Resort*

7

8 **IN THE UNITED STATES DISTRICT COURT**

9 **FOR THE DISTRICT OF NEVADA**

10

11 FP HOLDINGS, L.P. d/b/a PALMS CASINO
RESORT, a Nevada limited partnership,

12            Counter-Claimant,

13 v.

14 NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA,

15

16            Counter-Defendant.

17

18 FP HOLDINGS, L.P. d/b/a PALMS CASINO
RESORT, a Nevada limited partnership,

19            Plaintiff,

20 v.

21 ZURICH AMERICAN INSURANCE
COMPANY, a New York corporation; DOES I-
22 X and ROE CORPORATIONS I-X, inclusive,

23            Defendants.

24

Case No.: 2:11-cv-00598-JCM-GWF

Consolidated with:

Case No.: 2:12-cv-01823-JCM-NJK

**STIPULATION AND ORDER OF DISMISSAL OF CLAIMS**

25        The parties hereto, by and through their undersigned counsel, hereby stipulate and agree to

26 the following pursuant to FRCP 41:

27        1.        That all claims by all parties relating to and/or arising from this consolidated action

28                  are hereby dismissed with prejudice; and

KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kjc@kempjones.com

1        2.     That each party shall bear their own attorneys' fees, costs, and expenses.

2    DATED this 31st day of March, 2016.         DATED this 31st day of March, 2016.

3

4      */s/ J. Randall Jones*              */s/ Howard J. Russell*

5    J. Randall Jones, Esq.             Howard J. Russell, Esq.
     Mona Kaveh, Esq.               **WEINBERG, WHEELER, HUDGINS**

6    **KEMP, JONES & COULTHARD, LLP**        **GUNN & DIAL, LLC**
     3800 Howard Hughes Pkwy., 17th Floor    6385 S. Rainbow Blvd., Suite 400

7    Las Vegas, Nevada 89169           Las Vegas, Nevada 89118
     *Attorneys for FP Holdings, L.P. d/b/a Palms*  *Attorney for National Union Fire Insurance*

8    *Casino Resort*                *Company of Pittsburgh, Pa.*

9    DATED this 31st day of March, 2016.

10

11     */s/ Ramiro Morales*
     Ramiro Morales, Esq.

12   **MORALES FIERRO & REEVES**
     600 S. Tonopah Drive, Suite 300

13   Las Vegas, Nevada 89106
     *Attorney for Zurich American Insurance*

14   *Company*

15                            <u>**ORDER**</u>

16         IT IS SO ORDERED.

17         DATED April 1, 2016.

18

19

20                        UNITED STATES DISTRICT COURT JUDGE

21   Respectfully submitted by:

22

23     */s/ J. Randall Jones*
     J. Randall Jones, Esq.

24   Mona Kaveh, Esq.

25   **KEMP, JONES & COULTHARD, LLP**
     3800 Howard Hughes Pkwy., 17th Floor

26   Las Vegas, Nevada 89169
     *Attorneys for FP Holdings, L.P. d/b/a Palms*

27   *Casino Resort*

28

KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kjc@kempjones.com